# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WAYNE RICHARD EVANGELISTA

    Plaintiff

v.

                                                       Civil Action No.  1:23-cv-308

STEUBEN COUNTY SHERIFF'S OFFICE

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Chief Judge Holly A. Brady.

DATE: 9/7/2023                                       CHANDA J. BERTA, CLERK OF COURT

                                                          by   s/A. Highlen_____
                                                           *Signature of Clerk or Deputy Clerk*